David P. Matthews
TX SBN: 13206200
MATTHEWS & ASSOCIATES
2905 Sackett St.
Houston, TX 77098
Tel. (713) 522-5250
Fax (713) 535-7184
matthewsivc@thematthewslawfirm.com
lsantiago@thematthewslawfirm.com

Richard Freese
AL Bar No. 6879-E67R
FREESE & GOSS, PLLC
1901 6th Ave N. Ste. 3120
Birmingham, AL 35203
Tel. (205) 871-4144
Fax (205) 871-4104
rich@freeseandgoss.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364).

Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Patrick E. Vincent

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

FL

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

FL

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

FL

7. District Court and Division in which venue would be proper absent direct filing:

USDC for the Middle District of Florida

8. Defendants (check Defendants against whom Complaint is made):

☒ C.R. Bard Inc.

☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☒ Diversity of Citizenship

☐ Other: _____

      a.     Other allegations of jurisdiction and venue not expressed in Master Complaint:

N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐    Recovery® Vena Cava Filter

☒    G2® Vena Cava Filter

☐    G2® Express Vena Cava Filter

☐    G2® X Vena Cava Filter

☐    Eclipse® Vena Cava Filter

☐    Meridian® Vena Cava Filter

☐    Denali® Vena Cava Filter

☐    Other:

11. Date of Implantation as to each product:

11/12/2007

12. Counts in the Master Complaint brought by Plaintiff(s):

☒    Count I:    Strict Products Liability – Manufacturing Defect

☒    Count II:    Strict Products Liability – Information Defect (Failure to Warn)

|   |   |   |   |
|---|---|---|---|
| 1 | ☒ | Count III: | Strict Products Liability – Design Defect |
| 2 | ☒ | Count IV: | Negligence - Design |
| 3 | ☒ | Count V: | Negligence - Manufacture |
| 4 | ☒ | Count VI: | Negligence – Failure to Recall/Retrofit |
| 5 | ☒ | Count VII: | Negligence – Failure to Warn |
| 6 | ☒ | Count VIII: | Negligent Misrepresentation |
| 7 | ☒ | Count IX: | Negligence *Per Se* |
| 8 | ☒ | Count X: | Breach of Express Warranty |
| 9 | ☒ | Count XI: | Breach of Implied Warranty |
| 10 | ☒ | Count XII: | Fraudulent Misrepresentation |
| 11 | ☒ | Count XIII: | Fraudulent Concealment |
| 12 | ☒ | Count XIV: | Violations of Applicable __FL__ (insert state) Law |
| 13 |   |   | Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| 14 | ☐ | Count XV: | Loss of Consortium |
| 15 | ☐ | Count XVI: | Wrongful Death |
| 16 | ☐ | Count XVII: | Survival |
| 17 | ☒ | Punitive Damages |   |
| 18 | ☐ | Other(s): | _____ (please state the facts supporting |
| 19 |   |   | this Count in the space immediately below) |
| 20 |   | _____ |   |
| 21 |   | _____ |   |
| 22 |   |   |   |

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☒ Yes

☐ No

RESPECTFULLY SUBMITTED this 5th day of November, 2018.

**MATTHEWS & ASSOCIATES**

By: */s/ David P. Matthews*
     David P. Matthews
     2905 Sackett St.
     Houston, TX 77098

**FREESE & GOSS, PLLC**
     Richard Freese
     FREESE & GOSS, PLLC
     1901 6th Ave N. Ste. 3120
     Birmingham, AL 35203

*Attorneys for Plaintiff*

I hereby certify that on this 5th day of November, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ David P. Matthews*
David P. Matthews